UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

MAR 17 2026 PM 1:46
FILED - USDC - FLMD - TPA

v.

DEBRA JEAN SCHILLING

CASE NO. 8:26-cr-92-JLB-SPF

18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)

18 U.S.C. § 2252(a)(2)
(Distribution of Child
Pornography)

18 U.S.C. § 2252(a)(4)(B)
(Possession of Child
Pornography)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Receipt of Child Pornography)

On or about November 12, 2024, in the Middle District of Florida, and elsewhere, the defendant,

DEBRA JEAN SCHILLING,

did knowingly receive a visual depiction, using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT TWO
### (Distribution of Child Pornography)

On or about December 24, 2024, in the Middle District of Florida, and elsewhere, the defendant,

### DEBRA JEAN SCHILLING,

did knowingly distribute a visual depiction, using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE
### (Possession of Child Pornography)

On or about October 22, 2025, in the Middle District of Florida, and elsewhere, the defendant,

### DEBRA JEAN SCHILLING,

did knowingly possess a matter, which contained a visual depiction, that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1.     The allegations contained in Counts One through Three are

2

incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.    Upon conviction of a violation of 18 U.S.C. § 2252(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Chapter 110, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: electronic devices found in Schilling's residence.

4.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

3

e.     has been commingled with other property which cannot be

subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By:   _____
Abigail K. King
Assistant United States Attorney

By:   _____
Michael C. Sinacore
FOR: Assistant United States Attorney
Chief, Special Prosecutions Section

4

FORM OBD-34

March 26

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## DEBRA JEAN SCHILLING

## INDICTMENT

Violations: 18 U.S.C. § 2252(a)(2);
18 U.S.C. § 2252(a)(4)(B)

A true bill,

███████████████████████ ————————————————

Filed in open court this 17th day

of March, 2026.

_Lynne Vito_                    **LYNNE VITO**
                    Clerk

Bail $_____

GPO 863 525