**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:26-cr-92-JLB-SPF | DATE: | March 19, 2026 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v. | | **GOVERNMENT COUNSEL** Abigail King AUSA | |
| DEBRA JEAN SCHILLING | | **DEFENSE COUNSEL** Alec Hall AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** | 2:18 to 2:32 TOTAL: **14** MIN | **PRETRIAL:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: INITIAL APPEARANCE**

Defendant provided a copy of the indictment.     Arrested: 3/19/2026
Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral motion for appointment of counsel. Court finds defendant unable to afford counsel and grants motion.
Court appoints Public Defender's office for today only.   Defendant states she has retained counsel.

Bond:   Government is seeking detention

Court continues the bond & arraignment hearing until tomorrow 3/20 at 2:00 pm.

Oral Order of Rule 5 Due Process.    Defendant remanded to USMS.