## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-92-JLB-SPF | **DATE:** | March 20, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEBRA JEAN SCHILLING | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Abigail King AUSA | |
| | | **DEFENSE COUNSEL**<br>Alec Hall AFPD | |
| **COURT REPORTER:**    DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** 2:38 to 2:59 | **TOTAL: 21** MIN | **PRETRIAL:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: ARRAIGNMENT AND DETENTION/ BOND**

Court appoints the PD office for the remainder of the case.

Bond:   Government is seeking detention
        Defendant: reserve on the issue of release.
Court:   Defendant is ordered released.   Appear before the court in accordance with all notices. Reside at current residence and cannot move without prior court approval.   Travel restricted to the MDFL. Cannot commit another crime.

No internet at the house.

1. Report to Pretrial Services as directed
2. Refrain from having any victim or witness contact
3. Refrain from possession of any firearms, weapons, or destructive devices
4. Participate in the home detention component of the Federal Location Monitoring Program and abide by all rules of the program, with GPS monitoring, and pay all or part of the costs of the program as directed by Pretrial Services
5. Submit to a mental health and/or psychiatric evaluation and complete any recommended treatment, to include medication monitoring and/or specialized treatment for defendants charged with a sex offense, as directed by Pretrial Services, with costs to be borne by the defendant, as determined by Pretrial Services
6. Do not use or possess any narcotics or other controlled substances unless lawfully prescribed by a licensed medical practitioner
7. No contact with any child under the age of 18
8. Without prior written approval of the Court, defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computing device, and a gaming console or electronic device) capable of connecting to an online service or an internet provider. This prohibition includes a computer at a public library, an internet cafe, place of employment, or an educational facility. Also, the defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disc, a floppy disc).

As a condition of Court approval to possess or use a device, the defendant consents to inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Pretrial Service Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including the defendant's employer, the defendant must inform the third party of this condition restriction.

Cannot work as a phone sex worker.

INDICTMENT FILED AND COPIED TO DEFENDANT
DEFENDANT WAIVED READING OF INDICTMENT

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS
Status conf (ZOOM) – April 13, 2026 at 1:30 pm
Trial term:   May 2026 beginning week of May 4

Oral motion for discovery.    Oral motion for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).
Referred to Magistrate Judge Flynn for pretrial discovery order.    Pretrial discovery order to be electronically filed.

Defendant released.