UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DEBRA JEAN SCHILLING
    Defendant.

_____/

Case No. 8:26-cr-92-JLB-SPF

## WAIVER OF FOURTH AMENDMENT RIGHTS

In consideration of my release on bail pending further proceedings in this cause and upon the advice of counsel, I/we hereby freely and voluntarily waive my Fourth Amendment rights and do hereby consent to the search of my person, property and premises at any time by an officer with United

States Pretrial Services or other law enforcement agent at the request of the United States Pretrial Services officer.

Dated this:   March 20, 2026

_Debra Schilling_ (Defendant's signature)
DEBRA JEAN SCHILLING

_____